UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

(Richmond Division)

| | |
|---|---|
| JEROME SKOCHIN, SUSAN SKOCHIN and LARRY HUBER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GENWORTH LIFE INSURANCE COMPANY, and GENWORTH LIFE INSURANCE COMPANY OF NEW YORK,<br><br>Defendants. | Civil Action No. 3:19-cv-00049-REP<br><br><u>CLASS ACTION</u> |

**CLASS COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES AND SERVICE AWARDS TO THE NAMED PLAINTIFFS**

Plaintiffs Jerome Skochin, Susan Skochin, and Larry Huber (collectively, "Named Plaintiffs"), respectfully move the Court for entry of an Order: (i) awarding attorneys' fees in the amount of $2,000,000.00 relating to the injunctive relief achieved for the Settlement Class, and an additional contingent payment of 15% of certain amounts related to Special Election Options selected by the Settlement Class, in an amount no less than $10,000,000.00 and no greater than $24,500,000.00, as well as payment of litigation expenses of $64,398.66, to be paid in accordance with the terms of the Joint Stipulation of Class Action Settlement and Release; and (ii) awarding service awards of $25,000.00 to each of the Named Plaintiffs in connection with their representation of the Settlement Class. The grounds and reasons for granting this relief are stated with particularity in the accompanying brief and other supporting papers.

Pursuant to this Court's Order Granting Preliminary Approval of Settlement and Directing Notice to the Class (ECF No. 98), a hearing is set for July 10, 2020 at 10:00 a.m. Proposed orders will be submitted with Named Plaintiffs' reply submission on or before June 26, 2020.

DATED: May 25, 2020　　　　　　　　　　PHELAN PETTY, PLC

　　　　　　　　　　　　　　　　　　　　 */s/   Jonathan M. Petty*
　　　　　　　　　　　　　　　　　　　MICHAEL G. PHELAN (VSB No. 29725)
　　　　　　　　　　　　　　　　　　　JONATHAN M. PETTY (VSB No. 43100)
　　　　　　　　　　　　　　　　　　　3315 West Broad Street
　　　　　　　　　　　　　　　　　　　Richmond, VA  23230
　　　　　　　　　　　　　　　　　　　Telephone:  804/980-7100
　　　　　　　　　　　　　　　　　　　804/767-4601 (fax)
　　　　　　　　　　　　　　　　　　　mphelan@phelanpetty.com
　　　　　　　　　　　　　　　　　　　jpetty@phelanpetty.com

　　　　　　　　　　　　　　　　　　　ROBBINS GELLER RUDMAN
　　　　　　　　　　　　　　　　　　　　 & DOWD LLP
　　　　　　　　　　　　　　　　　　　STUART A. DAVIDSON (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　CHRISTOPHER C. GOLD (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　BRADLEY BEALL (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　120 East Palmetto Park Road, Suite 500
　　　　　　　　　　　　　　　　　　　Boca Raton, FL  33432
　　　　　　　　　　　　　　　　　　　Telephone:  561/750-3000
　　　　　　　　　　　　　　　　　　　561/750-3364 (fax)
　　　　　　　　　　　　　　　　　　　sdavidson@rgrdlaw.com
　　　　　　　　　　　　　　　　　　　cgold@rgrdlaw.com
　　　　　　　　　　　　　　　　　　　bbeall@rgrdlaw.com

　　　　　　　　　　　　　　　　　　　GOLDMAN SCARLATO & PENNY, P.C.
　　　　　　　　　　　　　　　　　　　BRIAN DOUGLAS PENNY
　　　　　　　　　　　　　　　　　　　Eight Tower Bridge, Suite 1025
　　　　　　　　　　　　　　　　　　　161 Washington Street
　　　　　　　　　　　　　　　　　　　Conshohocken, PA  19428
　　　　　　　　　　　　　　　　　　　Telephone:  484/342-0700
　　　　　　　　　　　　　　　　　　　484/342-0701 (fax)
　　　　　　　　　　　　　　　　　　　penny@lawgsp.com

　　　　　　　　　　　　　　　　　　　BERGER MONTAGUE PC
　　　　　　　　　　　　　　　　　　　SHANON J. CARSON
　　　　　　　　　　　　　　　　　　　GLEN L. ABRAMSON
　　　　　　　　　　　　　　　　　　　1818 Market Street, Suite 3600
　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　　　　　Telephone:  215/875-3000
　　　　　　　　　　　　　　　　　　　215/875-4604 (fax)
　　　　　　　　　　　　　　　　　　　scarson@bm.net
　　　　　　　　　　　　　　　　　　　gabramson@bm.net

　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs and Class Counsel

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 25, 2020, I filed the foregoing pleading or paper through the Court's CM/ECF system, which sent a notice of electronic filing to all registered users.

      */s/ Jonathan M. Petty*
Jonathan M. Petty (VSB No. 43100)
PHELAN PETTY, LLC
3315 West Broad Street
Richmond, VA  23230
Telephone:  804/980-7100
804/767-4601 (fax)
jpetty@phelanpetty.com

*Counsel for Plaintiffs*

4830-5787-5901.v1