```
        IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF VIRGINIA
                    Richmond Division
```

JEROME SKOCHIN,
et al.,

    Plaintiffs,

v.                         Civil Action No. 3:19cv49

GENWORTH FINANCIAL, INC.,
et al.,

    Defendants.

## ORDER

Having reviewed PLAINTIFFS' REPLY IN SUPPORT OF (1) MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND (2) CLASS COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES AND SERVICE AWARDS TO THE NAMED PLAINTIFFS (ECF No. 177), it is hereby ORDERED that Plaintiffs are to file a supplemental reply responding to each class member's objection individually by 12 P.M. July 8, 2020.

It is so ORDERED.

                                    /s/
                          Robert E. Payne
                          Senior United States District Judge

Richmond, Virginia
Date: July 6, 2020