IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JEROME SKOCHIN,
et al.,

     Plaintiffs,

v.                                        Civil Action No. 3:19cv49

GENWORTH FINANCIAL, INC.,
et al.,

     Defendants.

### ORDER

    Having reviewed the CLASS COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES AND SERVICE AWARDS TO THE NAMED PLAINTIFFS (ECF No. 142), and finding that the application for fees is not sufficiently supported to allow the Court to make the assessment necessary to ascertain whether the requested attorneys' fees are reasonable or warranted, it is hereby ORDERED that:

    (1) the continued hearing on the PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT (ECF No. 135) (at which time the Court was to consider the CLASS COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES AND SERVICE AWARDS TO THE NAMED PLAINTIFFS (ECF No. 142)) is continued to August 7, 2020 at 10:00 AM; and

(2)  By July 27, 2020, plaintiffs' counsel shall file an explanation of fees that:

    (a)  Lists the total time devoted by each law firm to performing described services by category, including, but not limited to:

- preparing pleadings;
- preparing briefs (by Motion);
- preparing for and participating in depositions;
- court appearances;
- preparing and responding to discovery requests;
- reviewing documents produced by the defendant and others;
- preparing for, and participating in, settlement discussions;
- any other categories as to which more than 100 hours were devoted.

    (b)  Sets out, for each category listed in paragraph 2(a) above, the dollar amount of fees attributable to that category, by law firm and in total; and

    (c)  Explains why, in calculating the lodestar fee, any hourly rate greater than $500 per hour is warranted

for each lawyer whose time is listed at that rate; and

(d)  Explains why it was necessary for four law firms to represent the plaintiffs and the class.

It is so ORDERED.

_____ /s/        _____
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date:  July 20, 2020