IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JEROME SKOCHIN,
et al.,

      Plaintiffs,

v.                              Civil Action No. 3:19cv49

GENWORTH FINANCIAL, INC.,
et al.,

      Defendants.

**ORDER**

For the reasons set forth on the record during the July 23, 2020 conference call, it is hereby ORDERED that:

(1) The continued hearing on the PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT (ECF No. 135) scheduled for August 7, 2020 is continued to 9:30 AM on September 11, 2020;

(2) Counsel for the Plaintiffs and the Defendant shall file a Statement of Position as set forth in the Court's ORDER (ECF No. 199) by August 24, 2020.

It is so ORDERED.

                                /s/      REP
                          Robert E. Payne
                          Senior United States District Judge

Richmond, Virginia
Date: July 23, 2020