- 1 -

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

(Richmond Division)

| | |
|---|---|
| JEROME SKOCHIN, SUSAN SKOCHIN and LARRY HUBER, Individually and on Behalf of All Others Similarly Situated, ) ) ) ) ) Plaintiffs, ) ) vs. ) ) GENWORTH LIFE INSURANCE ) COMPANY and GENWORTH LIFE ) INSURANCE COMPANY OF NEW YORK, ) ) Defendants. ) ) | Civil Action No. 3:19-cv-00049-REP <br><br> <u>CLASS ACTION</u> |

**SUPPLEMENTAL DECLARATION OF BRIAN D. PENNY IN FURTHER SUPPORT OF CLASS COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES AND SERVICE  AWARDS TO THE NAMED PLAINTIFFS**

I, Brian D. Penny, declare as follows:

1. I am a partner in the law firm of Goldman Scarlato & Penny, P.C., one of four firms the Court appointed Class Counsel in the above-captioned action (the "Action"). I have been actively involved in the prosecution and resolution of this Action, am familiar with its proceedings, and have knowledge of the matters set forth herein based upon my involvement in this matter and supervision of and communication with other lawyers and staff assigned to this matter.

2. I submit this Supplemental Declaration in further support of Class Counsel's Motion for an Award of Attorneys' Fees and Expenses and Service Awards to the Named Plaintiffs.

3. For the Court's convenience, attached hereto are true and correct copies of the following documents:

| | |
|---|---|
| **Exhibit A** | Chart Showing Total Time by Each Law Firm by Category and Dollar Amount of Fees by Category Through July 21, 2020; |
| **Exhibit B** | June 11, 2020 Hearing Transcript, *Kaess v. Deutsche Bank AG*, No. 09-cv-01714 (GHW) (RWL) (S.D.N.Y.); |
| **Exhibit C** | *The National Law Journal* 2016 survey of law firm billing rates; |
| **Exhibit D** | Application of Intelsat Connect Finance S.A. for Entry of an Order Authorizing the Employment and Retention of Willkie Farr & Gallagher LLP as Co-Counsel to the Special Committee of Intelsat Connect Finance S.A. Pursuant to Sections 327(e), 328(a), and 1107(b) of the Bankruptcy Code Effective as of May 13, 2020, *In re Intelsat S.A.*, No. 20-32299-KLP (Bankr. E.D. Va. June 9, 2020), ECF No. 311; |
| **Exhibit E** | Josh Saul, et al., *PG&E Pays a Million a Day for America's Biggest Utility Bust*, BLOOMBERG (Sept. 5, 2019); |
| **Exhibit F** | *Legal Billing Report* (District of Columbia Region), THOMPSON REUTERS (May 2018); and |
| **Exhibit G** | Valeo 2019 Attorney Hourly Rate Report. |

4.   Since Class Counsel filed their declarations in support of their firms' application for an award of attorneys' fees and expenses, Class Counsel have dedicated over 650 hours to this case. Class Counsel have spent much of that time talking directly with Class members and explaining their rights and options under the settlement, preparing for the fairness hearings before the Court, and compiling supplemental briefing on final approval.

5.   In the event any objector to the proposed settlement appeals this Court's final judgment approving the settlement, Class Counsel estimate, based on their firms' significant appellate experience, that they will spend at least an additional 350 hours on the appeal(s).

I declare under penalty of perjury that the foregoing is true and correct. Executed this 27th day of July, 2020, at Conshohocken, Pennsylvania.

*/s/ Brian D. Penny*
BRIAN D. PENNY

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2020, I filed the foregoing pleading or paper through the Court's CM/ECF system, which sent a notice of electronic filing to all registered users.

                                        */s/ Jonathan M. Petty*
                                Jonathan M. Petty (VSB No. 43100)
                                PHELAN PETTY, LLC
                                3315 West Broad Street
                                Richmond, VA  23230
                                Telephone:  804/980-7100
                                804/767-4601 (fax)
                                jpetty@phelanpetty.com

                                *Counsel for Plaintiffs*