# EXHIBIT F

# LEGAL BILLING REPORT

Volume 20, Number 1
May 2018



# District of Columbia Region

**Foley & Lardner LLP**

| | | | |
|---|---|---|---|
| Court Name | Delaware | Firm Rank | 31 |
| Case Name | VELOCITY HOLDING COMPANY, INC. | Firm Size | 874 |
| Case Number | 17-12442 | | |

For fee applications 11/15/2017 through 1/31/2018

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Erika L Morabito | Partner | DC | 1999 | 1999 | $940 | 33.6 | $31,584.00 |
| Brittany J. Nelson | Associate | DC | 2003 | 2003 | $600 | 46.4 | $27,840.00 |
| | | | | | Total: | 80 | $59,424.00 |

**Latham & Watkins LLP**

| | | | |
|---|---|---|---|
| Court Name | Delaware | Firm Rank | 5 |
| Case Name | PANDA TEMPLE POWER, LLC | Firm Size | 2014 |
| Case Number | 17-10839 (LSS) | | |

For fee applications 5/1/2017 through 12/31/2017

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Natasha N Gianvecchio | Partner | DC | 2002 | 2002 | $1,025 | 0.3 | $307.50 |
| Michael T Brown | Associate | DC | 2011 | 2011 | $925 | 0.4 | $370.00 |
| | | | | | Total: | 0.7 | $677.50 |

**Milbank Tweed Hadley & McCloy LLP**

| | | | |
|---|---|---|---|
| Court Name | Delaware | Firm Rank | 69 |
| Case Name | TK Holdings INC. | Firm Size | 584 |
| Case | 17-11375(BLS) | | |

For fee applications 6/25/2017 through 8/31/2017

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Andrew Leblanc | Partner | DC | 1998 | 1998 | $1,395 | 181.2 | $252,774.00 |
| Nicholas Bassett | Counsel | DC | 2007 | 2007 | $1,015 | 238.6 | $242,179.00 |
| James Burke | Associate | DC | 2008 | 2008 | $950 | 134.2 | $127,490.00 |
| Stephanie Khandeshi | Associate | DC | 2015 | 2015 | $925 | 50 | $46,250.00 |
| Martinis Jackson | Associate | DC | 2014 | 2014 | $795 | 208.5 | $165,757.50 |
| Shirley Liang | Associate | DC | 2013 | 2013 | $795 | 102.5 | $81,487.50 |
| Nigel Stacey | Associate | DC | 2017 | 2017 | $540 | 241.8 | $130,572.00 |
| | | | | | Total: | 1156.8 | $1,046,510.00 |

**Morrison & Foerster LLP**

| | | | |
|---|---|---|---|
| Court Name | Delaware | Firm Rank | 22 |
| Case Name | CIBER, Inc. | Firm Size | 1025 |
| Case Number | 17-10772 | | |

For fee applications 4/9/2017 through 12/27/2017

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Meyer David L. | Partner | DC | 1987 | 1987 | $1,095 | 0.9 | $985.50 |
| Lui Bradley S. | Partner | DC | 1989 | 1989 | $1,050 | 0.6 | $630.00 |
| Lesmes Scott | Partner | DC | 1996 | 1966 | $910 | 34.2 | $31,122.00 |
| Panagiotis C. Bayz | Of Counsel | DC | 1991 | 1991 | $895 | 15.4 | $13,783.00 |
| Capito Charles L. | Associate | DC | 2007 | 2007 | $795 | 15.7 | $12,481.50 |
| Zukin Rose A. | Associate | DC | 2006 | 2006 | $775 | 47 | $36,425.00 |
| Miller Preston | Associate | DC | 2013 | 2013 | $650 | 2.4 | $1,560.00 |
| Block David Marshall | Associate | DC | 2017 | 2017 | $435 | 7.3 | $3,175.50 |
| Shroder Emily E. | Associate | DC | 2017 | 2017 | $435 | 21 | $9,135.00 |
| | | | | | Total: | 144.5 | $109,297.50 |

Perkins Coie LLP

| | | | | | | |
|---|---|---|---|---|---|---|
| Court Name | Delaware | | | Firm Rank | 47 | |
| Case Name | CIBER, Inc. | | | Firm Size | 747 | |
| Case Number | 17-10772 | | | | | |

| For fee applications | 4/9/2017 through 12/27/2017 |
|---|---|

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Bryan S. Smith | Partner | DC | 1995 | 1995 | $950 | 0.4 | $380.00 |
| Carl T. Crow | Partner | DC | 1990 | 1990 | $950 | 4.9 | $4,655.00 |
| Barry J. Reingold | Partner | DC | 1973 | 1973 | $830 | 0.7 | $581.00 |
| Koorosh Talieh | Partner | DC | 1988 | 1988 | $770 | 4.5 | $3,465.00 |
| Ferrer Nicholas E. | Partner | DC | 2007 | 2007 | $680 | 22.9 | $15,572.00 |
| Kris M. Yoshizawa | Partner | DC | 2008 | 2008 | $625 | 8.7 | $5,437.50 |
| | | | | | Total: | 42.1 | $30,090.50 |

Whiteford, Taylor & Preston

| | | | | | | |
|---|---|---|---|---|---|---|
| Court Name | Delaware | | | Firm Rank | 0 | |
| Case Name | PRESTIGE INDUSTRIES, LLC | | | Firm Size | 150 | |
| Case Number | 17-10186 | | | | | |

| For fee applications | 5/1/2017 through 10/31/2017 |
|---|---|

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Kevin G. Hroblak | Partner | DC | 2000 | 2000 | $650 | 0.8 | $520.00 |
| | | | | | Total: | 0.8 | $520.00 |

Greenberg Traurig LLP

| | | | | | | |
|---|---|---|---|---|---|---|
| Court Name | District of Puerto Rico | | | Firm Rank | 9 | |
| Case Name | THE COMMONWEALTH OF PUERTO RICO | | | Firm Size | 1699 | |
| Case Number | 17 BK 3283-LTS | | | | | |

| For fee applications | 5/3/2017 through 9/30/2017 |
|---|---|

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Timothy C. Bass | Shareholder | DC | 1996 | 1996 | $746 | 25.5 | $19,016.88 |
| | | | | | Total: | 25.5 | $19,016.88 |

Jenner & Block LLP

| | | | | | | |
|---|---|---|---|---|---|---|
| Court Name | District of Puerto Rico | | | Firm Rank | 98 | |
| Case Name | THE COMMONWEALTH OF PUERTO RICO | | | Firm Size | 433 | |
| Case Number | 17 BK 3283-LTS | | | | | |

| For fee applications | 5/3/2017 through 9/30/2017 |
|---|---|

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| LINDSAY C. HARRISON | Partner | DC | 2003 | 2003 | $850 | 107.9 | $91,715.00 |
| ADAM G. UNIKOWSKY | Partner | DC | 2007 | 2007 | $800 | 6.4 | $5,120.00 |
| WILLIAM K. DREHER | Associate | DC | 2013 | 2013 | $625 | 196.9 | $123,062.50 |
| | | | | | Total: | 311.2 | $219,897.50 |

Paul Hastings LLP

| | | | | | | |
|---|---|---|---|---|---|---|
| Court Name | District of Puerto Rico | | Firm Rank | 30 | | |
| Case Name | THE COMMONWEALTH OF PUERTO RICO | | Firm Size | 881 | | |
| Case Number | 17 BK 3283-LTS | | | | | |

For fee applications  5/3/2017 through 9/30/2017

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Stephen B. Kinnaird | Partner | DC | 1995 | 1995 | $1,150 | 77.2 | $88,780.00 |
| Neal Mollen | Partner | DC | 1985 | 1985 | $995 | 246.5 | $245,267.50 |
| Blatt Emily | Associate | DC | 2015 | 2015 | $650 | 38.4 | $24,960.00 |
| Emam Daniel | Associate | DC | 2016 | 2016 | $585 | 14.4 | $8,424.00 |
| | | | | | Total: | 376.5 | $367,431.50 |

Proskauer Rose LLP

| | | | | | | |
|---|---|---|---|---|---|---|
| Court Name | District of Puerto Rico | | Firm Rank | 55 | | |
| Case Name | Puerto Rico Electric Power Authority | | Firm Size | 703 | | |
| Case Number | 17 BK 4780-LTS | | | | | |

For fee applications  7/2/2017 through 9/30/2017

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Ann M. Ashton | Partner | DC | 1980 | 1980 | $730 | 160.7 | $117,311.00 |
| Kim Mee R | Associate | DC | 2016 | 2016 | $730 | 51.5 | $37,595.00 |
| | | | | | Total: | 212.2 | $154,906.00 |

Proskauer Rose LLP

| | | | | | | |
|---|---|---|---|---|---|---|
| Court Name | District of Puerto Rico | | Firm Rank | 55 | | |
| Case Name | Puerto Rico Highways and Transportation Authority | | Firm Size | 703 | | |
| Case Number | 17 BK 3567-LTS | | | | | |

For fee applications  5/21/2017 through 9/30/2017

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Ann M. Ashton | Partner | DC | 1980 | 1980 | $730 | 3.9 | $2,847.00 |
| Kim Mee R | Associate | DC | 2016 | 2016 | $730 | 2.7 | $1,971.00 |
| | | | | | Total: | 6.6 | $4,818.00 |

Proskauer Rose LLP

| | | | | | | |
|---|---|---|---|---|---|---|
| Court Name | District of Puerto Rico | | Firm Rank | 55 | | |
| Case Name | THE COMMONWEALTH OF PUERTO RICO | | Firm Size | 703 | | |
| Case Number | 17 BK 3283-LTS | | | | | |

For fee applications  5/3/2017 through 9/30/2017

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Amy L. Blackwood | Associate | DC | 2008 | 2008 | $730 | 10.5 | $7,665.00 |
| Ann M. Ashton | Partner | DC | 1980 | 1980 | $730 | 351 | $256,230.00 |
| Hamburger Paul M | Partner | DC | 1985 | 1985 | $730 | 13.1 | $9,563.00 |
| Kim Mee R | Associate | DC | 2016 | 2016 | $730 | 281.6 | $205,568.00 |
| Wolkinson Rachel O. | Associate | DC | 2006 | 2006 | $730 | 28.8 | $21,024.00 |
| | | | | | Total: | 685 | $500,050.00 |

Weil, Gotshal & Manges LLP

| Court Name | Illinois Northern | Firm Rank | 17 |
| Case Name | Central Grocers, INC. | Firm Size | 1153 |
| Case Number | 17-13886 | | |

| For fee applications | 5/4/2017 through 1/18/2018 |

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Matthew D Morton | Counsel | DC | 2001 | 2001 | $960 | 26.4 | $25,344.00 |
| | | | | | Total: | 26.4 | $25,344.00 |

Kirkland & Ellis LLP

| Court Name | New York Southern | Firm Rank | 13 |
| Case Name | 21st CENTURY ONCOLOGY HOLDINGS, INC | Firm Size | 1442 |
| Case Number | 17-22770 | | |

| For fee applications | 5/25/2017 through 9/30/2017 |

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Edward Holzwanger | Partner | DC | 2004 | 2004 | $1,015 | 2 | $2,030.00 |
| | | | | | Total: | 2 | $2,030.00 |

Morrison & Foerster LLP

| Court Name | New York Southern | Firm Rank | 22 |
| Case Name | 21st CENTURY ONCOLOGY HOLDINGS, INC | Firm Size | 1025 |
| Case Number | 17-22770 | | |

| For fee applications | 5/25/2017 through 9/30/2017 |

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Demme Doufekias | Partner | DC | 2004 | 2004 | $910 | 30 | $27,300.00 |
| | | | | | Total: | 30 | $27,300.00 |

Kirkland & Ellis LLP

| Court Name | Texas Southern | Firm Rank | 13 |
| Case Name | GENON ENERGY, INC. | Firm Size | 1442 |
| Case Number | 17-33695 | | |

| For fee applications | 6/14/2017 through 12/12/2017 |

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Ellen M. Jakovic | Partner | DC | 1985 | 1985 | $1,155 | 43 | $49,665.00 |
| John S. Irving, Jr. | Of Counsel | DC | 1965 | 1965 | $1,145 | 0.6 | $687.00 |
| Robert S. Ryland | Partner | DC | 1987 | 1988 | $1,115 | 5 | $5,575.00 |
| Jeanne T Cohn-Connor | Partner | DC | 1985 | 1985 | $1,075 | 92 | $98,900.00 |
| Alexandra N Farmer | Partner | DC | 2009 | 2009 | $1,035 | 4.4 | $4,554.00 |
| Edward Holzwanger | Partner | DC | 2004 | 2004 | $1,015 | 28.2 | $28,623.00 |
| Michael A. Petrino | Partner | DC | 2008 | 2008 | $995 | 2.4 | $2,388.00 |
| Jennifer R Fernandez | Associate | DC | 2010 | 2010 | $955 | 3.1 | $2,960.50 |
| Carleigh T Rodriguez | Associate | DC | 2013 | 2013 | $905 | 327.4 | $296,297.00 |
| Michelle S Sliwinski | Associate | DC | 2016 | 2016 | $645 | 14.3 | $9,223.50 |
| Laura C Mulherin | Associate | DC | 2017 | 2017 | $555 | 133.7 | $74,203.50 |
| | | | | | Total: | 654.1 | $573,076.50 |

Skadden, Arps, Slate, Meagher & Flom LLP

| | | | |
|---|---|---|---|
| Court Name | Texas Southern | Firm Rank | 7 |
| Case Name | SEADRILL LIMITED | Firm Size | 1832 |
| Case Number | 17-60079 | | |

For fee applications   9/12/2017 through 2/28/2018

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Gary Rubin | Counsel | DC | 1999 | 1999 | $1,036 | 52.8 | $54,674.40 |
| Warren T. Allen II | Counsel | DC | 2006 | 2006 | $1,036 | 6.9 | $7,144.95 |
| Moustafa Noha K | Associate | DC | 2016 | 2016 | $675 | 135.3 | $91,259.85 |
| | | | | | Total: | 195 | $153,079.20 |

Kirkland & Ellis LLP

| | | | |
|---|---|---|---|
| Court Name | Virginia Eastern | Firm Rank | 13 |
| Case Name | THE GYMBOREE CORPORATION | Firm Size | 1442 |
| Case Number | 17-32986 (KLP) | | |

For fee applications   6/11/2017 through 9/30/2017

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Sydney V Jones | Associate | DC | 2014 | 2014 | $725 | 13.6 | $9,860.00 |
| | | | | | Total: | 13.6 | $9,860.00 |

Kirkland & Ellis LLP

| | | | |
|---|---|---|---|
| Court Name | Virginia Eastern | Firm Rank | 13 |
| Case Name | TOYS GǣRGg US, INC., | Firm Size | 1442 |
| Case Number | 17-34665 (KLP) | | |

For fee applications   11/1/2017 through 11/30/2017

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Kimmitt, Jr. Robert M | Of Counsel | DC | 2015 | 2015 | $555 | 32.6 | $18,093.00 |
| | | | | | Total: | 32.6 | $18,093.00 |