# EXHIBIT G



# Valeo 2019 Attorney Hourly Rate Report ™

Licensed to and for the sole use of Robbins Geller Rudman & Dowd LLP

2019

An exclusive report by

VALEO PARTNERS

## 1.1 Executive Summary

The Valeo 2019 Attorney Hourly Rate Report ™ is the most comprehensive and most detailed competitive intelligence and legal pricing tool available because the Report details average hourly rates by individual law firms as opposed to aggregate groupings of law firms with disparate pricing structures as is found in surveys, peer services and e-billing reports.

The Report analyzes and presents hourly rates for 2014 – 2018 + 2019 Forecast by Firm, Position (Senior Partner with 25 or more years since graduation year, Partner with 24 years or less since graduation year, Counsel, Senior Associate with 5 years or more since graduation year and Associate with 4 years or less since graduation year), key Practice Areas and City.

2018 was the highest rate averages ever for the largest law firms and we expect 2019 to be higher on average by 4% or more overall. Smaller firms' rates will remain stagnant or fall.

Valeo Partners researches, reviews and analyzes hourly rates that are publicly disclosed of attorneys and support staff at currently 1,500 law firms representing over 12,000 client entities. Secondary public records research is performed to complete detailed engagement profiles of the attorneys and companies involved. Through this process we are able to provide actionable data to users – mainly law firms and corporations - of the Valeo Attorney Hourly Rates Database to make important strategy decisions enterprise-wide or engagement-by-engagement.

In the Valeo Attorney Hourly Rates Database ™, all hourly rates, hours and fees for each individual attorney are cited as to the source. For example, the citation for a court filing includes: case name, case number, court, case filing date, filing number, filing description, attorney and support staff listed by full name, client name, hourly rate of each timekeeper, hours billed, total hours and the time period in which the work was performed. As mentioned, further secondary research is required to confirm experience levels (graduation and bar licensure years), bar state (in the United States) or bar country (outside of the United States), practice area(s) and primary industry of the client.

In terms of rate and fee sources, Valeo researches 1) public records in US State Courts, US Supreme Court, US Federal Courts – District, Appellate, Federal Circuit and Bankruptcy 2) publicly available budgets from municipalities, districts, counties and states where attorneys were hired to perform legal work for the public entity and 3) registrations such SEC records and other publicly disclosed documents.

Since Valeo researches, reviews and analyzes only publicly available information and cites the source of the information, the United States federal and state court systems easily recognize and accept the validity and veracity of Valeo data in court. Valeo data has been used and cited in several hundred United States federal and state court cases including the Supreme Court of the United States (Kirtsaeng v. John Wiley Publishing), Federal District Courts (The United States v. Apple), Appellate Courts including the Federal Circuit, Federal Bankruptcy (AMR Corporation, Chapter 11 bankruptcy case) and Adversary proceedings and major state courts mainly in California, Texas and New York.

**Contact:**

Debra Bingham, Managing Partner, dbingham@valeopartners.com

© 2018 Valeo Partners LLC



## 2.1.1 AMLAW-10 Overall Rates

| Overall | 2014 Rate | 2015 Rate | % | 2016 Rate | % | 2017 Rate | % | 2018 Rate | % | 2019 Rate | % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AMLAW (1-10) | | | | | | | | | | | |
| Senior Partner | $1,055 | $1,054 | 0% | $1,100 | 4% | $1,190 | 8% | $1,262 | 6% | $1,320 | 5% |
| Partner | $875 | $898 | 3% | $985 | 10% | $1,087 | 10% | $1,146 | 5% | $1,227 | 7% |
| Counsel | $826 | $795 | -4% | $879 | 11% | $944 | 7% | $1,006 | 7% | $1,058 | 5% |
| Senior Associate | $620 | $630 | 2% | $704 | 12% | $796 | 13% | $825 | 4% | $887 | 8% |
| Associate | $526 | $548 | 4% | $583 | 6% | $614 | 5% | $665 | 8% | $738 | 11% |
| Support Staff | $348 | $336 | -3% | $363 | 8% | $388 | 7% | $406 | 5% | $422 | 4% |
| Overall | $708 | $710 | 0% | $769 | 8% | $837 | 9% | $885 | 6% | $942 | 6% |



AMLAW (1-10)

| | Senior Partner | Partner | Counsel | Senior Associate | Associate | Support Staff |
|---|---|---|---|---|---|---|
| 2014 | $1,055 | $875 | $826 | $620 | $526 | $348 |
| 2015 | $1,054 | $898 | $795 | $630 | $548 | $336 |
| 2016 | $1,100 | $985 | $879 | $704 | $583 | $363 |
| 2017 | $1,190 | $1,087 | $944 | $796 | $614 | $388 |
| 2018 | $1,262 | $1,146 | $1,006 | $825 | $665 | $406 |
| 2019 | $1,320 | $1,227 | $1,058 | $887 | $738 | $422 |

## 2.1.2 AMLAW-10 Rates by Associate Class Year

| Overall | 2014 Rate | 2015 Rate | % | 2016 Rate | % | 2017 Rate | % | 2018 Rate | % | 2019 Rate | % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AMLAW (1-10) | | | | | | | | | | | |
| Senior Associate | $688 | $744 | 8% | $806 | 8% | $875 | 9% | $897 | 3% | $943 | 5% |
| 8th Year Associate | $643 | $702 | 9% | $753 | 7% | $838 | 11% | $850 | 1% | $890 | 5% |
| 7th Year Associate | $630 | $688 | 9% | $730 | 6% | $804 | 10% | $808 | 0% | $872 | 8% |
| 6th Year Associate | $605 | $667 | 10% | $716 | 7% | $772 | 8% | $784 | 1% | $837 | 7% |
| 5th Year Associate | $587 | $641 | 9% | $694 | 8% | $749 | 8% | $760 | 1% | $820 | 8% |
| 4th Year Associate | $575 | $621 | 8% | $680 | 9% | $719 | 6% | $745 | 4% | $796 | 7% |
| 3rd Year Associate | $558 | $609 | 9% | $653 | 7% | $705 | 8% | $723 | 3% | $772 | 7% |
| 2nd Year Associate | $483 | $498 | 3% | $519 | 4% | $558 | 8% | $628 | 13% | $710 | 13% |
| 1st Year Associate | $412 | $455 | 11% | $506 | 11% | $557 | 10% | $553 | -1% | $596 | 8% |
| Overall | $576 | $625 | 9% | $673 | 8% | $731 | 9% | $750 | 3% | $804 | 7% |



AMLAW (1-10)

| | Senior Associate | 8th Year Associate | 7th Year Associate | 6th Year Associate | 5th Year Associate | 4th Year Associate | 3rd Year Associate | 2nd Year Associate | 1st Year Associate |
|---|---|---|---|---|---|---|---|---|---|
| 2014 | $688 | $643 | $630 | $605 | $587 | $575 | $558 | $483 | $412 |
| 2015 | $744 | $702 | $688 | $667 | $641 | $621 | $609 | $498 | $455 |
| 2016 | $806 | $753 | $730 | $716 | $694 | $680 | $653 | $519 | $506 |
| 2017 | $875 | $838 | $804 | $772 | $749 | $719 | $705 | $558 | $557 |
| 2018 | $897 | $850 | $808 | $784 | $760 | $745 | $723 | $628 | $553 |
| 2019 | $943 | $890 | $872 | $837 | $820 | $796 | $772 | $710 | $596 |

## Litigation

| Practice Area | 2014 Rate | 2015 Rate | % | 2016 Rate | % | 2017 Rate | % | 2018 Rate | % | 2019 Rate | % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AMLAW (1-10) | | | | | | | | | | | |
| Senior Partner | $952 | $1,024 | 8% | $1,111 | 8% | $1,169 | 5% | $1,195 | 2% | $1,241 | 4% |
| Partner | $815 | $864 | 6% | $968 | 12% | $1,035 | 7% | $1,118 | 8% | $1,210 | 8% |
| Counsel | $700 | $712 | 2% | $816 | 15% | $850 | 4% | $826 | -3% | $863 | 4% |
| Senior Associate | $654 | $656 | 0% | $703 | 7% | $737 | 5% | $751 | 2% | $779 | 4% |
| Associate | $527 | $555 | 5% | $590 | 6% | $623 | 6% | $676 | 9% | $695 | 3% |
| Support Staff | $331 | $348 | 5% | $363 | 4% | $390 | 8% | $386 | -1% | $396 | 3% |
| Overall | $663 | $693 | 5% | $759 | 9% | $801 | 6% | $825 | 3% | $864 | 5% |



## Palo Alto

| City | 2014 Rate | 2015 Rate | % | 2016 Rate | % | 2017 Rate | % | 2018 Rate | % | 2019 Rate | % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AMLAW 200 | | | | | | | | | | | |
| Senior Partner | $750 | $807 | 8% | $832 | 3% | $885 | 6% | $937 | 6% | $965 | 3% |
| Partner | $728 | $774 | 6% | $798 | 3% | $858 | 8% | $913 | 6% | $947 | 4% |
| Counsel | $712 | $742 | 4% | $665 | -10% | $747 | 12% | $840 | 13% | $905 | 8% |
| Senior Associate | $585 | $629 | 8% | $662 | 5% | $662 | 0% | $725 | 10% | $793 | 9% |
| Associate | $503 | $518 | 3% | $535 | 3% | $551 | 3% | $574 | 4% | $588 | 3% |
| Support Staff | $284 | $300 | 5% | $300 | 0% | $314 | 5% | $327 | 4% | $338 | 4% |
| Overall | $594 | $628 | 6% | $632 | 1% | $669 | 6% | $719 | 7% | $756 | 5% |



Palo Alto AMLAW 200

| | Senior Partner | Partner | Counsel | Senior Associate | Associate | Support Staff |
|---|---|---|---|---|---|---|
| 2014 | $750 | $728 | $712 | $585 | $503 | $284 |
| 2015 | $807 | $774 | $742 | $629 | $518 | $300 |
| 2016 | $832 | $798 | $665 | $662 | $535 | $300 |
| 2017 | $885 | $858 | $747 | $662 | $551 | $314 |
| 2018 | $937 | $913 | $840 | $725 | $574 | $327 |
| 2019 | $965 | $947 | $905 | $793 | $588 | $338 |

## San Francisco

| City | 2014 Rate | 2015 Rate | % | 2016 Rate | % | 2017 Rate | % | 2018 Rate | % | 2019 Rate | % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AMLAW 200 | | | | | | | | | | | |
| Senior Partner | $776 | $794 | 2% | $841 | 6% | $879 | 4% | $925 | 5% | $969 | 5% |
| Partner | $677 | $727 | 7% | $735 | 1% | $781 | 6% | $813 | 4% | $879 | 8% |
| Counsel | $657 | $692 | 5% | $714 | 3% | $751 | 5% | $782 | 4% | $845 | 8% |
| Senior Associate | $632 | $665 | 5% | $693 | 4% | $722 | 4% | $752 | 4% | $821 | 9% |
| Associate | $450 | $472 | 5% | $485 | 3% | $560 | 15% | $544 | -3% | $572 | 5% |
| Support Staff | $359 | $410 | 14% | $394 | -4% | $406 | 3% | $422 | 4% | $443 | 5% |
| Overall | $592 | $627 | 6% | $644 | 3% | $683 | 6% | $706 | 3% | $755 | 7% |



## #6 Sidley Austin LLP

| Firm | 2014 Rate | 2015 Rate | % | 2016 Rate | % | 2017 Rate | % | 2018 Rate | % | 2019 Rate | % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AMLAW 200 | | | | | | | | | | | |
| Senior Partner | $965 | $1,037 | 8% | $1,092 | 5% | $1,192 | 9% | $1,216 | 2% | $1,252 | 3% |
| Partner | $831 | $883 | 6% | $916 | 4% | $927 | 1% | $1,005 | 8% | $1,054 | 5% |
| Counsel | $734 | $772 | 5% | $796 | 3% | $821 | 3% | $855 | 4% | $894 | 5% |
| Senior Associate | $633 | $661 | 4% | $709 | 7% | $729 | 3% | $757 | 4% | $791 | 5% |
| Associate | $430 | $444 | 3% | $460 | 4% | $464 | 1% | $479 | 3% | $492 | 3% |
| Support Staff | $243 | $251 | 3% | $262 | 4% | $274 | 5% | $282 | 3% | $293 | 4% |
| Overall | $639 | $675 | 6% | $706 | 5% | $734 | 4% | $766 | 4% | $796 | 4% |



#6 Sidley Austin LLP
AMLAW 200

| | Senior Partner | Partner | Counsel | Senior Associate | Associate | Support Staff |
|---|---|---|---|---|---|---|
| 2014 | $965 | $831 | $734 | $633 | $430 | $243 |
| 2015 | $1,037 | $883 | $772 | $661 | $444 | $251 |
| 2016 | $1,092 | $916 | $796 | $709 | $460 | $262 |
| 2017 | $1,192 | $927 | $821 | $729 | $464 | $274 |
| 2018 | $1,216 | $1,005 | $855 | $757 | $479 | $282 |
| 2019 | $1,252 | $1,054 | $894 | $791 | $492 | $293 |

#44 Wilson Sonsini Goodrich & Rosati, PC

| Firm | 2014 Rate | 2015 Rate | % | 2016 Rate | % | 2017 Rate | % | 2018 Rate | % | 2019 Rate | % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AMLAW 200 | | | | | | | | | | | |
| Senior Partner | $886 | $914 | 3% | $962 | 5% | $1,004 | 4% | $1,058 | 5% | $1,089 | 3% |
| Partner | $803 | $846 | 5% | $886 | 5% | $929 | 5% | $961 | 3% | $1,006 | 5% |
| Counsel | $661 | $697 | 5% | $730 | 5% | $770 | 6% | $801 | 4% | $840 | 5% |
| Senior Associate | $451 | $470 | 4% | $500 | 6% | $525 | 5% | $551 | 5% | $564 | 2% |
| Associate | $391 | $405 | 4% | $420 | 4% | $441 | 5% | $463 | 5% | $483 | 4% |
| Support Staff | $379 | $389 | 2% | $403 | 4% | $423 | 5% | $440 | 4% | $459 | 4% |
| Overall | $595 | $620 | 4% | $650 | 5% | $682 | 5% | $712 | 4% | $740 | 4% |



#44 Wilson Sonsini Goodrich & Rosati, PC
AMLAW 200

| | Senior Partner | Partner | Counsel | Senior Associate | Associate | Support Staff |
|---|---|---|---|---|---|---|
| 2014 | $886 | $803 | $661 | $451 | $391 | $379 |
| 2015 | $914 | $846 | $697 | $470 | $405 | $389 |
| 2016 | $962 | $886 | $730 | $500 | $420 | $403 |
| 2017 | $1,004 | $929 | $770 | $525 | $441 | $423 |
| 2018 | $1,058 | $961 | $801 | $551 | $463 | $440 |
| 2019 | $1,089 | $1,006 | $840 | $564 | $483 | $459 |

## #6 Sidley Austin LLP

| Firm | 2014 Rate | 2015 Rate | % | 2016 Rate | % | 2017 Rate | % | 2018 Rate | % | 2019 Rate | % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AMLAW 200 | | | | | | | | | | | |
| Senior Associate | $672 | $735 | 9% | $791 | 8% | $792 | 0% | $886 | 12% | $964 | 9% |
| 8th Year Associate | $640 | $714 | 12% | $768 | 8% | $769 | 0% | $860 | 12% | $927 | 8% |
| 7th Year Associate | $632 | $708 | 12% | $764 | 8% | $765 | 0% | $851 | 11% | $916 | 8% |
| 6th Year Associate | $557 | $580 | 4% | $593 | 2% | $608 | 3% | $665 | 9% | $720 | 8% |
| 5th Year Associate | $529 | $554 | 5% | $582 | 5% | $603 | 4% | $656 | 9% | $715 | 9% |
| 4th Year Associate | $430 | $482 | 12% | $536 | 11% | $551 | 3% | $606 | 10% | $660 | 9% |
| 3rd Year Associate | $427 | $476 | 11% | $530 | 11% | $547 | 3% | $599 | 9% | $653 | 9% |
| 2nd Year Associate | $356 | $398 | 12% | $440 | 11% | $483 | 10% | $527 | 9% | $582 | 10% |
| 1st Year Associate | $323 | $360 | 11% | $403 | 12% | $444 | 10% | $495 | 12% | $551 | 11% |
| Overall | $507 | $556 | 10% | $601 | 8% | $618 | 3% | $683 | 10% | $743 | 9% |



## #44 Wilson Sonsini Goodrich & Rosati, PC

| Firm | 2014 Rate | 2015 Rate | % | 2016 Rate | % | 2017 Rate | % | 2018 Rate | % | 2019 Rate | % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AMLAW 200 | | | | | | | | | | | |
| Senior Associate | $624 | $648 | 4% | $656 | 1% | $675 | 3% | $702 | 4% | $725 | 3% |
| 8th Year Associate | $594 | $617 | 4% | $631 | 2% | $656 | 4% | $681 | 4% | $691 | 1% |
| 7th Year Associate | $566 | $594 | 5% | $613 | 3% | $637 | 4% | $649 | 2% | $664 | 2% |
| 6th Year Associate | $544 | $571 | 5% | $589 | 3% | $606 | 3% | $630 | 4% | $645 | 2% |
| 5th Year Associate | $517 | $548 | 6% | $566 | 3% | $588 | 4% | $605 | 3% | $626 | 3% |
| 4th Year Associate | $491 | $532 | 8% | $549 | 3% | $570 | 4% | $580 | 2% | $601 | 3% |
| 3rd Year Associate | $476 | $505 | 6% | $521 | 3% | $548 | 5% | $563 | 3% | $577 | 2% |
| 2nd Year Associate | $462 | $485 | 5% | $500 | 3% | $531 | 6% | $535 | 1% | $548 | 2% |
| 1st Year Associate | $448 | $470 | 5% | $485 | 3% | $505 | 4% | $519 | 3% | $526 | 1% |
| Overall | $525 | $552 | 5% | $568 | 3% | $591 | 4% | $607 | 3% | $622 | 3% |



\* Some rates estimated

## #6 Sidley Austin LLP

### Bankruptcy

| Practice Area | 2014 Rate | 2015 Rate | % | 2016 Rate | % | 2017 Rate | % | 2018 Rate | % | 2019 Rate | % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sidley Austin LLP | | | | | | | | | | | |
| Senior Partner | $1,153 | $1,250 | 8% | $1,308 | 5% | $1,450 | 11% | $1,500 | 3% | $1,603 | 7% |
| Partner | $865 | $903 | 4% | $928 | 3% | $975 | 5% | $1,005 | 3% | $1,053 | 5% |
| Counsel | $665 | $700 | 5% | $753 | 8% | $784 | 4% | $881 | 12% | $878 | 0% |
| Senior Associate | $632 | $680 | 8% | $731 | 8% | $770 | 5% | $860 | 12% | $865 | 1% |
| Associate | $511 | $538 | 5% | $560 | 4% | $590 | 5% | $630 | 7% | $649 | 3% |
| Support Staff | $210 | $226 | 8% | $241 | 6% | $251 | 4% | $273 | 9% | $280 | 3% |
| Overall | $673 | $716 | 6% | $753 | 5% | $803 | 7% | $858 | 7% | $888 | 3% |

### Corporate and Transactional

| Practice Area | 2014 Rate | 2015 Rate | % | 2016 Rate | % | 2017 Rate | % | 2018 Rate | % | 2019 Rate | % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sidley Austin LLP | | | | | | | | | | | |
| Senior Partner | $1,153 | $1,238 | 7% | $1,337 | 8% | $1,450 | 8% | $1,500 | 3% | $1,602 | 7% |
| Partner | $846 | $881 | 4% | $866 | -2% | $850 | -2% | $859 | 1% | $895 | 4% |
| Counsel | $750 | $767 | 2% | $760 | -1% | $817 | 8% | $842 | 3% | $867 | 3% |
| Senior Associate | $649 | $683 | 5% | $719 | 5% | $646 | -10% | $689 | 7% | $720 | 4% |
| Associate | $411 | $443 | 8% | $482 | 9% | $518 | 8% | $549 | 6% | $590 | 8% |
| Support Staff | $275 | $276 | 0% | $295 | 7% | $313 | 6% | $333 | 6% | $350 | 5% |
| Overall | $681 | $715 | 5% | $743 | 4% | $766 | 3% | $795 | 4% | $837 | 5% |

### Intellectual Property

| Practice Area | 2014 Rate | 2015 Rate | % | 2016 Rate | % | 2017 Rate | % | 2018 Rate | % | 2019 Rate | % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sidley Austin LLP | | | | | | | | | | | |
| Senior Partner | $796 | $856 | 8% | $901 | 5% | $948 | 5% | $924 | -3% | $952 | 3% |
| Partner | $675 | $711 | 5% | $756 | 6% | $796 | 5% | $796 | 0% | $820 | 3% |
| Counsel | $647 | $681 | 5% | $709 | 4% | $731 | 3% | $731 | 0% | $753 | 3% |
| Senior Associate | $486 | $522 | 8% | $555 | 6% | $579 | 4% | $573 | -1% | $585 | 2% |
| Associate | $472 | $508 | 8% | $523 | 3% | $551 | 5% | $551 | 0% | $568 | 3% |
| Support Staff | $429 | $442 | 3% | $456 | 3% | $490 | 8% | $496 | 1% | $511 | 3% |
| Overall | $584 | $620 | 6% | $650 | 5% | $683 | 5% | $678 | -1% | $698 | 3% |



**Litigation**

| Practice Area | 2014 Rate | 2015 Rate | % | 2016 Rate | % | 2017 Rate | % | 2018 Rate | % | 2019 Rate | % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sidley Austin LLP | | | | | | | | | | | |
| Senior Partner | $970 | $1,002 | 3% | $1,066 | 6% | $1,109 | 4% | $1,175 | 6% | $1,233 | 5% |
| Partner | $766 | $877 | 14% | $933 | 6% | $1,012 | 9% | $1,075 | 6% | $1,171 | 9% |
| Counsel | $683 | $730 | 7% | $795 | 9% | $839 | 6% | $900 | 7% | $964 | 7% |
| Senior Associate | $566 | $610 | 8% | $678 | 11% | $721 | 6% | $761 | 6% | $820 | 8% |
| Associate | $449 | $481 | 7% | $519 | 8% | $551 | 6% | $551 | 0% | $580 | 5% |
| Support Staff | $295 | $316 | 7% | $334 | 6% | $359 | 7% | $380 | 6% | $405 | 7% |
| Overall | $622 | $669 | 8% | $721 | 8% | $765 | 6% | $807 | 5% | $862 | 7% |

## 6.1 Overall Rate Ranking of AMLAW 200 Firms

| SI # | Firm Name | Rate | AMLAW 200 Ranking |
|---|---|---|---|
| 1 | Simpson Thacher & Bartlett LLP | $1,058 | 17 |
| 2 | Sullivan & Cromwell LLP | $1,058 | 15 |
| 3 | Milbank, Tweed, Hadley & McCloy LLP | $1,037 | 40 |
| 4 | Paul, Weiss, Rifkind, Wharton & Garrison LLP | $1,024 | 19 |
| 5 | Skadden, Arps, Slate, Meagher & Flom LLP | $1,017 | 5 |
| 6 | Debevoise & Plimpton LLP | $1,014 | 43 |
| 7 | Cravath, Swaine & Moore, LLP | $1,006 | 53 |
| 8 | Kirkland & Ellis LLP | $981 | 1 |
| 9 | Cleary Gottlieb Steen & Hamilton LLP | $978 | 22 |
| 10 | Fried, Frank, Harris, Shriver & Jacobson LLP | $964 | 58 |
| 11 | Willkie Farr & Gallagher LLP | $959 | 47 |
| 12 | Latham & Watkins LLP | $957 | 2 |
| 13 | Weil, Gotshal & Manges LLP | $943 | 16 |
| 14 | Ropes & Gray LLP | $940 | 13 |
| 15 | Wachtell, Lipton, Rosen & Katz | $917 | 48 |
| 16 | Cadwalader, Wickersham & Taft LLP | $915 | 86 |
| 17 | Davis Polk & Wardwell LLP | $914 | 20 |
| 18 | Schulte Roth & Zabel LLP | $907 | 79 |
| 19 | Paul Hastings LLP | $905 | 26 |
| 20 | Shearman & Sterling LLP | $872 | 39 |
| 21 | White & Case LLP | $868 | 11 |
| 22 | Quinn Emanuel Urquhart & Sullivan, LLP | $866 | 21 |
| 23 | Irell & Manella LLP | $860 | 155 |
| 24 | Gibson, Dunn & Crutcher LLP | $850 | 12 |
| 25 | Kobre & Kim LLP | $841 | 165 |
| 26 | Kramer Levin Naftalis & Frankel LLP | $839 | 93 |
| 27 | Akin Gump Strauss Hauer & Feld LLP | $839 | 29 |
| 28 | Proskauer Rose LLP | $837 | 41 |
| 29 | O'Melveny & Myers LLP | $836 | 49 |
| 30 | Wilmer Cutler Pickering Hale and Dorr LLP | $824 | 24 |
| 31 | Morrison & Foerster LLP | $824 | 28 |
| 32 | Choate Hall & Stewart LLP | $822 | 127 |
| 33 | Hogan Lovells LLP | $820 | 7 |
| 34 | Stroock & Stroock & Lavan LLP | $812 | 119 |
| 35 | Sidley Austin LLP | $810 | 6 |
| 36 | Patterson Belknap Webb & Tyler LLP | $806 | 147 |
| 37 | Brown Rudnick LLP | $802 | 148 |
| 38 | Cooley LLP | $801 | 27 |
| 39 | Hughes Hubbard & Reed LLP | $794 | 104 |
| 40 | Dechert LLP | $781 | 34 |
| 41 | Vinson & Elkins LLP | $767 | 51 |
| 42 | DLA Piper | $765 | 4 |
| 43 | Munger, Tolles & Olson LLP | $764 | 126 |

Valeo 2019 Attorney Hourly Rate Report ™

| SI # | Firm Name | Rate | AMLAW 200 Ranking |
|---|---|---|---|
| 44 | Winston & Strawn LLP | $762 | 33 |
| 45 | Jones Day | $753 | 9 |
| 46 | Bracewell LLP | $727 | 114 |
| 47 | Covington & Burling LLP | $722 | 37 |
| 48 | Finnegan, Henderson, Farabow, Garrett & Dunner LLP | $721 | 107 |
| 49 | Venable LLP | $719 | 64 |
| 50 | Wilson Sonsini Goodrich & Rosati, PC | $717 | 44 |
| 51 | Orrick, Herrington & Sutcliffe LLP | $710 | 35 |
| 52 | Mayer Brown LLP | $707 | 18 |
| 53 | Goodwin Procter LLP | $699 | 30 |
| 54 | Baker Botts LLP | $697 | 50 |
| 55 | Curtis, Mallet-Prevost, Colt & Mosle LLP | $693 | 163 |
| 56 | Cahill Gordon & Reindel LLP | $692 | 92 |
| 57 | Arnold & Porter Kaye Scholer LLP | $690 | 36 |
| 58 | Fenwick & West LLP | $686 | 95 |
| 59 | Jenner & Block LLP | $685 | 76 |
| 60 | King & Spalding | $676 | 23 |
| 61 | Boies, Schiller & Flexner, LLP | $666 | 85 |
| 62 | Kasowitz Benson Torres LLP | $665 | 136 |
| 63 | Pillsbury Winthrop Shaw Pittman LLP | $654 | 60 |
| 64 | Katten Muchin Rosenman LLP | $653 | 62 |
| 65 | Arent Fox LLP | $650 | 109 |
| 66 | Sheppard, Mullin, Richter & Hampton LLP | $646 | 55 |
| 67 | Goulston & Storrs PC | $646 | 158 |
| 68 | Fish & Richardson PC | $642 | 83 |
| 69 | Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C. | $635 | 88 |
| 70 | Andrews Kurth Kenyon LLP | $623 | 113 |
| 71 | Hunton Andrews Kurth LLP | $620 | 63 |
| 72 | Kilpatrick Townsend & Stockton LLP | $619 | 80 |
| 73 | Squire Patton Boggs | $614 | 31 |
| 74 | Greenberg Traurig LLP | $608 | 14 |
| 75 | Alston & Bird LLP | $607 | 46 |
| 76 | Norton Rose Fulbright LLP | $607 | 10 |
| 77 | Kelley Drye & Warren LLP | $604 | 124 |
| 78 | Foley Hoag LLP | $603 | 149 |
| 79 | Sullivan & Worcester LLP | $598 | 198 |
| 80 | Wiley Rein LLP | $596 | 130 |
| 81 | Loeb & Loeb LLP | $588 | 108 |
| 82 | Baker McKenzie | $582 | 3 |
| 83 | Duane Morris LLP | $579 | 73 |
| 84 | McDermott Will & Emery LLP | $567 | 38 |
| 85 | Foley & Lardner LLP | $566 | 54 |
| 86 | Lowenstein Sandler PC | $565 | 115 |
| 87 | Haynes and Boone, LLP | $563 | 89 |
| 88 | Reed Smith LLP | $560 | 25 |