IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| JEROME SKOCHIN, SUSAN SKOCHIN, and LARRY HUBER, individually, and on behalf of all others similarly situated,<br><br>    *Plaintiffs*,<br>v.<br><br>GENWORTH LIFE INSURANCE COMPANY and GENWORTH LIFE INSURANCE COMPANY OF NEW YORK,<br><br>    *Defendants*. | Civil Action No.:  3:19-CV-49-REP |

## DEFENDANTS' UNOPPOSED MOTION TO CLARIFY THE ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT

    Defendants Genworth Life Insurance Company and Genworth Life Insurance Company of New York ("Defendants") respectfully move this Court to clarify the Order Granting Plaintiff's Motion for Final Approval of Class Action Settlement [ECF Doc. 220] for the reasons set forth in the accompanying Memorandum of Law.

    Dated: March 22, 2021

    Respectfully submitted,

    _____/s/_____
    MCGUIREWOODS LLP

    Brian C. Riopelle (VSB No. 36454)
    Brian E. Pumphrey (VSB No. 47312)
    Ryan D. Frei (VSB No. 70996)
    Heidi E. Siegmund (VSB No. 89569)

Gateway Plaza
800 East Canal Street
Richmond, VA 23219
Tel: (804) 775-1000
Fax: (804) 775-1061
briopelle@mcguirewoods.com
bpumphrey@mcguirewoods.com
rfrei@mcguirewoods.com
hsiegmund@mcguirewoods.com

Reid L. Ashinoff (admitted *pro hac vice*)
Drew Marrocco (VSB No. 38955)
Michael Duvall (admitted *pro hac vice*)
Catharine Luo (admitted *pro hac vice*)
DENTONS US LLP
1221 Avenue of the Americas
New York, NY 10020
Tel: (212) 768-6700
Fax: (212) 768-6800
reid.ashinoff@dentons.com
drew.marrocco@dentons.com
michael.duvall@dentons.com
catharine.luo@dentons.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed using the Court's ECF system on March 22, 2021, and served upon all counsel of record thereby.

By: /s/ Heidi Siegmund

2