**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

|  |  |
|---|---|
| JEROME SKOCHIN, SUSAN SKOCHIN, and LARRY HUBER, individually, and on behalf of all others similarly situated, | **Civil Action No.:  3:19-CV-49-REP** |
| *Plaintiffs*, | |
| v. | |
| GENWORTH LIFE INSURANCE COMPANY and GENWORTH LIFE INSURANCE COMPANY OF NEW YORK, | |
| *Defendants*. | |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO CLARIFY THE ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT

This matter comes before the Court on Defendants' Unopposed Motion to Clarify the Order Granting Plaintiff's Motion for Final Approval of Class Action Settlement [ECF Doc. 220] (the "Final Approval Order").

Pursuant to the Court's continuing jurisdiction over the implementation, administration, effectuation, and enforcement of the Settlement Agreement and its terms under the Final Approval Order, the Court hereby GRANTS the Motion to Clarify and CLARIFIES the Final Approval Order as follows:

For Settlement Class members who elected to convert their policies to Partial Policy Status[1] after January 1, 2014, but prior to making an election in the Settlement, the following Special Election Options will be provided:

1.  A settlement option consisting of a paid-up benefit equal to two times the Settlement Class member's Limited Benefit Allowance, minus any claims paid from that amount, as of the date that the Settlement Class member's Special Election Option is processed by Genworth. This option will not include any damages payment; or

2.  An option to elect a damages payment of $1,000 and retain their current Limited Benefit Allowance.

With respect to Partial Policy Status Class members who already have elected a paid-up benefit under the Settlement, Defendants shall promptly clarify the paid-up benefit amount for those Class members, consistent with this Order, and permit those Class members the opportunity to make a new Special Election within ninety (90) days of the clarification.

**IT IS SO ORDERED.**

Dated: March 25, 2021

_____   /s/   R Ev

Robert E. Payne
Senior United States District Judge

---

[1] "Partial Policy Status" means that the Class Member previously elected a "Limited Benefit with Payment for Partial Policy Disposition Endorsement" wherein the Class Member elected to convert his or her policy to a paid-up policy equal to 50% of premiums paid and received a payment for partial policy disposition equal to 50% of premiums paid.